UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JOSE DE JESUS RAMIREZ SANCHEZ,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

No. 5:26-cv-04099-JDE

JUDGMENT

Pursuant to the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

(1) The Petition is granted, in part, with Respondents ORDERED to provide an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Jose De Jesus Ramirez Sanchez (A# 221 462 481)** within seven (7) days of this Order, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; if no such hearing is provided within seven (7) days, Respondents shall immediately release Petitioner from custody subject only to narrowly tailored conditions of release no more restrictive than

necessary to ensure his appearance as required and to protect the community, if any; and

(2) As to all other requests for substantive relief, the Petition is denied with prejudice.

Dated: July 31, 2026_______

JOHN D. EARLY
United States Magistrate Judge